UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVINE, | No. C-14-01442 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| GRANT & WEBER, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for September 3, 2014 at 1:30 p.m. before this court in the above-entitled case. Defendant Grant & Weber was not present. Although Defendant has not made an appearance, an attorney for Defendant participated in the preparation of a joint case management conference statement and electronically signed the statement, as verified by Plaintiff's counsel.

Therefore, IT IS HEREBY ORDERED that by **September 9, 2014**, Defendant Grant & Weber shall file a statement explaining why it should not be sanctioned for failing to appear at the case management conference. Failure to file a statement by September 9, 2014 may result in sanctions. A case management conference is also scheduled for **September 10, 2014 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: September 3, 2014



DONNA M. RYU
United States Magistrate Judge