United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVINE, | No. C-14-01442 DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| GRANT & WEBER, | |
| Defendant(s). | |

The court has reviewed the statement in response to the September 3, 2014 order to show cause. [Docket 28.] The court finds good cause to discharge the order to show cause.

IT IS SO ORDERED.

Dated: September 11, 2014

_____
DONNA M. RYU
United States Magistrate Judge